Approved: *Rebecca Dell*         ORIGINAL
REBECCA T. DELL
Assistant United States Attorney

Before:    THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York

19 MAG 8874

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

RONNY AMARO,

            Defendant.

- - - - - - - - - - - - - - - - - X

19 Mag. _____

RULE 5(c)(3)
AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss:

      KEVIN KAMROWSKI, being duly sworn, deposes and says that he is a Deputy United States Marshal, and charges as follows:

      On or about August 28, 2019, the United States District Court for the Western District of Pennsylvania issued a warrant for the arrest of "RONNY AMARO A/K/A RONNY MERCADO" based on an indictment charging "RONNY AMARO A/K/A RONNY MERCADO" with one count of violating 18 U.S.C. § 1349 (fraud conspiracy) and two counts of violating 18 U.S.C. § 1028A(a)(1) (aggravated identity theft). A copy of the arrest warrant and the indictment are attached as Exhibit A hereto and incorporated by reference herein.

      I believe that RONNY AMARO A/K/A RONNY MERCADO, the defendant, who was arrested on September 20, 2019, in the Southern District of New York, is the same person as the "RONNY AMARO A/K/A RONNY MERCADO" who is wanted by the United States District Court for the Western District of Pennsylvania.

      The bases for my knowledge and for the foregoing charge are, in part, as follows:

      1.    I am a Deputy United States Marshal. I have been personally involved in determining whether RONNY AMARO A/K/A RONNY MERCADO, the defendant, is the same individual as the "RONNY AMARO A/K/A RONNY MERCADO" named in the August 28, 2019

arrest warrant from the United States District Court for the Western District of Pennsylvania. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from proceedings in the United States District Court for the Western District of Pennsylvania, I know that, on or about August 28, 2019, the United States District Court for the Western District of Pennsylvania issued a warrant for the arrest of "RONNY AMARO A/K/A RONNY MERCADO" (the "Arrest Warrant"). The Arrest Warrant was based on a criminal indictment charging "RONNY AMARO A/K/A RONNY MERCADO" with one count of violating 18 U.S.C. § 1349 (fraud conspiracy) and two counts of violating 18 U.S.C. § 1028A(a)(1) (aggravated identity theft). The Indictment was issued in connection with case number 19-cr-263 in the Western District of Pennsylvania.

3. On September 20, 2019, at approximately 6 a.m., I arrested RONNY AMARO A/K/A RONNY MERCADO, the defendant, in his family's home located in the vicinity of 418 West 130th Street, Apartment 45, in New York, New York. AMARO and his mother identified the defendant as RONNY AMARO.

4. I have received from law enforcement officers in the Western District of Pennsylvania photographs of the "RONNY AMARO A/K/A RONNY MERCADO" named and sought in the Arrest Warrant.

5. Based on my visual comparison of the provided photographs with RONNY AMARO A/K/A RONNY MERCADO, the defendant, I believe that the "RONNY AMARO A/K/A RONNY MERCADO" sought in the Arrest Warrant is the defendant, RONNY AMARO A/K/A RONNY MERCADO.

[*Intentionally Left Blank*]

WHEREFORE, I respectfully request that RONNY AMARO A/K/A RONNY MERCADO, the defendant, be imprisoned or bailed as the case may be.

_____
KEVIN KAMROWSKI
Deputy United States Marshal


Sworn to before me this
20th day of September, 2019.

_____
THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York

# EXHIBIT A

AO 442 (Rev. 1/16) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

FID 10964808

| United States of America | )
| v. | )
| RONNY AMARO | ) Case No. 2:19-cr-263
| A/K/A RONNY MERCADO | )
| | )
| | )
| Defendant | )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     RONNY AMARO     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1        18 U.S.C. 1349  Fraud Conspiracy

Counts 4 & 5   18 U.S.C. 1028 A (a) (1) Aggravated Identiity Theft


AUG 28 '19 PM 1:54
U.S. MARSHALS PGH.PA

Joseph V. Ventresca                                    Deputy Clerk
Name of Issuing Officer                                Title of Issuing Officer

*Joseph V. Ventresca*                                  08/28/2019       Pittsburgh
Signature of Issuing Officer                           Date and Location

Bail fixed at $ _____                  by _____
                                                          Name of Judicial Officer

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* Bond shall be set by U.S. Mag. Judge . |
| Date: _____          Arresting officer's signature _____ |
|                                 Printed name and title |

FILED

AUG 27 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

[redacted]

RONNY AMARO
a/k/a Ronny Mercado

[redacted]

Criminal No. 19-263

(18 U.S.C. §§ 1349 and 1028A(a)(1))

**UNDER SEAL**

## **INDICTMENT**

### COUNT ONE

The grand jury charges:

Beginning in and around April, 2018, and continuing thereafter until in and around August, 2019, in the Western District of Pennsylvania and elsewhere, the defendants, [redacted] RONNY AMARO, a/k/a Ronny Mercado [redacted] knowingly and willfully did conspire, combine, confederate and agree with each other, and with persons both known and unknown to the grand jury, to commit an offense against the United States, that is, wire fraud, in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS OF THE CONSPIRACY

1. It was the object of the conspiracy that the [REDACTED]

RONNY AMARO, a/k/a Ronny Mercado [REDACTED] determined to unlawfully obtain the means of identification of account holders at wireless mobile services company Sprint Corporation (hereafter, Sprint) in order to fraudulently open new lines of service in the account holder's name, and to purchase Apple and Samsung cell phones and electronics and accessories using the identity of the Sprint account holder.

2. It was first a part of the conspiracy that the defendants unlawfully obtained the means of identification of Sprint account holders, including the names and addresses of residents of New Jersey, Connecticut, Pennsylvania, California, Washington, Tennessee, Colorado, Michigan, New York, Ohio, Alabama and elsewhere (hereafter, victims).

3. It was further a part of the conspiracy that the defendants then produced fictitious identification documents such as state driver's licenses in the names of the victims, but which contained the photo of one of the defendants.

4. It was further a part of the conspiracy that the defendants then entered Sprint retail stores in Pennsylvania, New York, Texas, Delaware, Oregon, Washington, Arizona, Oklahoma and elsewhere, and, with the fictitious driver's license, deceived Sprint retail clerks that the defendant was the Sprint account holder named on the driver's license.

5. It was further a part of the conspiracy that the defendants then requested that one or more additional lines of service be added to the victim account holder's cell phone plan, and that the defendant receive one or more additional iPhones such as the iPhone X, SXM or XR models, or Samsung Galaxy cell phones and Notes, or Apple accessories such as iPhone cases, iPads, Airpods, Apple watches or headphones.

  6. It was further a part of the conspiracy that the defendants forged lease agreements in the victim's names, and caused retail clerks to activate the new cell phones and electronics in the name of the Sprint customer who was billed for the electronic devices and new phone plan.

  7. It was further a part of the conspiracy that the defendants then, with the unlawfully obtained electronics, trafficked them to other persons in the black market.

In violation of Title 18, United States Code, Section 1349.

## COUNTS TWO AND THREE

The grand jury further charges:

On or about the dates set forth below, in the Western District of Pennsylvania, the defendant ▨ ▨ during and in relation to the felony violation of fraud conspiracy, in violation of Title 18, U.S.C. § 1349, did knowingly and without lawful authority, possess and use a means of identification of another person, specifically, the defendant possessed and used fictitious state driver's licenses with the names and addresses of real victim account holders at Sprint known to the grand jury and identified by initials below, and unlawfully obtained merchandise in the victim's name, each such possession and use being a separate count herein:

| Count | Date | Victim |
|---|---|---|
| 2 | April 29, 2018 | J.G. |
| 3 | May 5, 2018 | P.N. |

In violation of Title 18, United States Code, Section 1028A(a)(1).

4

## COUNTS FOUR AND FIVE

The grand jury further charges:

On or about the dates set forth below, in the Western District of Pennsylvania, the defendant, RONNY AMARO, a/k/a Ronny Mercado, during and in relation to the felony violation of fraud conspiracy, in violation of Title 18, U.S.C. § 1349, did knowingly and without lawful authority, possess and use a means of identification of another person, specifically, the defendant possessed and used fictitious state driver's licenses with the names and addresses of real victim account holders at Sprint known to the grand jury and identified by initials below, and unlawfully obtained merchandise in the victim's name, each such possession and use being a separate count herein:

| Count | Date | Victim |
| --- | --- | --- |
| 4 | October 1, 2018 | D.C. |
| 5 | November 26, 2018 | D.B. |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SIX

The grand jury further charges:

On or about the date set forth below, in the Western District of Pennsylvania, the defendant,

☐ during and in relation to the felony violation of fraud conspiracy, in violation of Title 18, U.S.C. § 1349, did knowingly and without lawful authority, possess and use a means of identification of another person, specifically, the defendant possessed and used fictitious state driver's licenses with the name and address of a real victim account holder at Sprint known to the grand jury and identified by initial below, and unlawfully obtained merchandise in the victim's name, each such possession and use being a separate count herein:

| Count | Date | Victim |
|-------|------|--------|
| 6 | March 22, 2019 | D.S. |

In violation of Title 18, United States Code, Section 1028A(a)(1).

A True Bill,

_/s/ Wm. Crutcher_
Foreperson

_/s/ Scott Brady_
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

6